**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Lucretia Clay, | ) | Case NO 1:25-cv-00018-JPH-TAB |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Andrew Thorup, et al | ) | |
| Defendants | ) | |

**DENIED.**

Tim A. Baker
U.S. Magistrate Judge

9/25/2026

**MOTION FOR STAY OF PROCEEDINGS**

Comes now the Plaintiff, **Lucretia Clay**, *pro se*, and respectfully moves this Court to stay future proceedings in this matter, beginning today September 21, 2026 (explicitly exempting/ excluding the entry of future rulings or orders on any currently pending, fully briefed motions. In support of this Motion, Plaintiff states as follows:

1. **Active Clinical Treatment and Diagnosis:** The Plaintiff is currently undergoing intensive trauma-informed psychotherapy under active clinical supervision to treat Complex Post-Traumatic Stress Disorder (CPTSD) and Agoraphobia. **See Exhibit A.a**
2. **Compounding Severe Grief and Caregiving Responsibilities:** The Plaintiff's underlying clinical conditions are currently severely compounded by an acute, dual family crisis. Plaintiff is navigating the profound grief of a recent loss of a loved one while simultaneously bearing the heavy, non-discretionary responsibility of providing active end-of-life caregiving for a separate, terminally ill loved one.

Distribution: All ECF-registered counsel of record via email

LUCRETIA CLAY
10242 John Jay Drive
Indianapolis, IN 46235